UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR BAGHA, | ) | 1:10-CV-01047 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | MOTION TO AMEND PETITION AND |
| v. | ) | CHANGE NAME OF RESPONDENT |
| | ) | [Doc. #10] |
| WARDEN BENOV, | ) | |
| | ) | ORDER DIRECTING CLERK OF COURT |
| Respondent. | ) | TO CHANGE NAME OF RESPONDENT |
| | ) | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

    On July 13, 2010, the Court granted Petitioner leave to file a motion to amend the petition to name a proper respondent. On July 19, 2010, Petitioner filed a motion to amend the petition. Petitioner requests that Warden Benov of Taft Correctional Institution be named as Respondent in this matter.

    A petitioner seeking habeas relief must name the officer having custody of him as the respondent to the petition. Rule 2(a) of the Rules Governing Section 2254 Cases; <u>Ortiz-Sandoval v. Gomez</u>, 81 F.3d 891, 894 (9th Cir.1996); <u>Stanley v. California Supreme Court</u>, 21 F.3d 359, 360 (9th Cir.1994). Normally, the person having custody of the prisoner is the warden of the prison because the warden has "day to day control over" the prisoner. <u>Brittingham v. United States</u>, 982. F.2d 378, 279 (9th Cir.1992). Therefore, Petitioner's request is proper.

1   Accordingly, Petitioner's motion for leave to amend the petition to name Warden Benov as
2   Respondent in this matter is GRANTED. The Clerk of Court is DIRECTED to change the name of
3   Respondent to Warden Benov.

5   IT IS SO ORDERED.

6   **Dated:     August 3, 2010**                          **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE