UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR BAGHA, | ) | 1:10-CV-01047 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DISCHARGING ORDER TO |
| | ) | CONSENT/DECLINE |
| v. | ) | [Docs. #15, 18] |
| | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| WARDEN BENOV, | ) | MOTION FOR ORDER TO PRODUCE |
| | ) | PAROLE HEARING TRANSCRIPT |
| Respondent. | ) | [Doc. #16] |
| | ) | |

On August 3, 2010, and again on September 21, 2010, the Court issued an order directing Respondent to file a completed consent option form. It has come to the Court's attention that Respondent has already filed a consent option form. Therefore, the orders of August 3, 2010, and September 21, 2010, are hereby DISCHARGED.

On August 11, 2010, Petitioner filed a motion for Respondent to provide him with a copy of the transcript of the parole hearing. Petitioner fails to demonstrate good cause for said order. Respondent will provide transcripts to the Court to the extent they are relevant pursuant to Rule 5(c) of the Rules Governing Section 2254 Cases. Therefore, the Court will be in possession the parole hearing transcripts when Respondent files his answer, if they are relevant. In addition, Petitioner has

1  already filed his petition.  He fails to state why the transcripts are necessary to him at this stage of the
2  case.  Further, he fails to state why he cannot obtain these transcripts without an order from the
3  Court.

4                                              **ORDER**

5      Accordingly, IT IS HEREBY ORDERED:

6      1) The Court's orders of August 3, 2010, and September 21, 2010, are hereby
7  DISCHARGED; and

8      2) Petitioner's motion for production of transcripts is DENIED.

11  IT IS SO ORDERED.

12  **Dated:   October 19, 2010**                     /s/ Sandra M. Snyder
                                                    UNITED STATES MAGISTRATE JUDGE