# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTOR BAGHA, | ) | 1:10-CV-01047 OWW SMS HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING PETITIONER'S |
| | ) | MOTION FOR ORDER |
| v. | ) | |
| | ) | [Doc. #25] |
| WARDEN BENOV, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On December 22, 2010, Petitioner filed the instant motion for court order. Petitioner complains that Respondent has not filed an answer in compliance with the Court's original scheduling order. Petitioner is advised that Respondent sought two extensions of time to file a response, and the Court granted the extensions for good cause. The answer is currently due on January 24, 2011.

Accordingly, Petitioner's motion for a court order is DENIED.

IT IS SO ORDERED.

Dated:  **December 27, 2010**            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE